# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# OFFICE OF THE CLERK

September 12, 2018

Charles Jagneaux, Clerk of Court
27th Judicial District Court
St. Landry Parish
P O Box 750
Opelousas, LA 70570

---

     In re: Civil Action No. 6:17–cv–00833–NJB–KWR
          LE V. UNUM LIFE INSURANCE CO OF AMERICA
          Your Case No. C–172252–A

Dear Clerk:

    Please be advised that the above captioned matter has been remanded to your Court. We enclose herewith a certified copy of our docket sheet and the Judgment or Order to Remand.

    The official court record for the Western District of Louisiana is the electronic case filing system, CM/ECF. Our website is: http://ecf.lawd.uscourts.gov; counsel may access this database to obtain any pleadings you require. Below is a list of non–electronic filings, exhibits, and/or sealed documents, that, due to system limitations or local administrative procedures, require manual transmission:

    #19 Sealed Exhibits to Doc 14 Motion for Summary Judgment

    Please acknowledge receipt on the enclosed copy of this letter.

    ATTORNEYS ARE ADVISED THAT ALL FUTURE FILINGS SHOULD BE DIRECTED TO THE RECEIVING COURT NAMED ABOVE.

    For questions regarding this document or transmission, please call our CM/ECF help desk at 1–866–323–1101.

    THUS DONE  September 12, 2018.

                                            TONY R. MOORE
                                           CLERK OF COURT

                                           L Williams
                                           DEPUTY CLERK OF COURT

Enclosures